**Tawana Jean COOPER,
Plaintiff-Appellant,**

v.

**FEDEX GROUND PACKAGE
SYSTEM, INC., Defendant-
Appellee.**

No. 17-1589

United States Court of Appeals,
Fourth Circuit.

Submitted: September 28, 2017

Decided: October 2, 2017

Tawana Jean Cooper, Appellant Pro Se. Mitchell Stuart Bober, FEDEX GROUND, Moon Township, Pennsylvania; Amy Sanborn Owen, Kristin Anne Zech, BRIGLIAHUNDLEY, PC, Tysons Corner, Virginia, for Appellee.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tawana Cooper appeals from the district court's order accepting the recommendation of the magistrate judge and dismissing her Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e-2(a)(1), 2000e-3(a) (2012) complaint with prejudice under Fed. R. Civ. P. 37(b) for failure to comply with the court's discovery orders. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cooper v. Fedex Ground Package Sys., Inc.*, No. 1:16-cv-00547-JCC-TCB, 2017 WL 586874 (E.D. Va. Feb. 14, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*